UNITED STATES DISTRICT COURT
DISTRICT OF VERMONT

| | |
|---|---|
| INDUSTRIAL TOWER AND WIRELESS, LLC,<br><br>*Plaintiff*,<br><br>v.<br><br>ANTHONY Z. ROISMAN, MARGARET CHENEY, AND RILEY ALLEN, as they are members of the STATE OF VERMONT PUBLIC UTILITY COMMISSION,<br><br>*Defendants*. | )<br>)<br>)<br>)<br>)<br>)<br>)<br>)  Civil Action No. 5:22-cv-00221-gwc<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>)<br>) |

## NOTICE OF VOLUNTARY DISMISSAL

Plaintiff Industrial Tower and Wireless, LLC, by and through its undersigned counsel, hereby dismisses this case voluntarily and without prejudice pursuant to Rule 41(a)(1)(A)(i) of the Federal Rules of Civil Procedure, with each side bearing its own costs and attorney's fees.

Dated: March 15, 2023
Burlington, Vermont

Respectfully submitted,

By: S/ Brian Sullivan
Brian J. Sullivan
Daniel A. Seff

MSK Attorneys
275 College Street
P.O. Box 4485
Burlington, VT 05406-4485
Phone: (802) 861-7000
Fax: (802) 861-7007
Email: bsullivan@mskvt.com
Email: dseff@mskvt.com

*Attorneys for Plaintiff Industrial Tower and Wireless, LLC*